**Don Juan TORRES, a/k/a Donald Hautz, Plaintiff—Appellant,**

v.

**Gene JOHNSON; Larry Huffman; Tracy Ray; John Jabe; R. Rowlett; M. Mullins, Defendants—Appellees.**

No. 07–7340.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2008.

Decided: May 20, 2008.

Don Juan Torres, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Juan Torres appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Torres v. Johnson*, No. 7:07–cv–00398–GEC, 2007 WL 2570217 (W.D.Va. Aug. 31, 2007). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*